# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANN LOUISE LUDWIG,<br><br>    Defendant. | CASE NO. CR11-5377BHS<br><br>ORDER |

    This matter comes before the Court on Defendant's third motion to continue the trial date in this case. The Court has considered the motion and affidavit of defense counsel and denies the motion for the following reasons:

    1. Defense counsel was appointed on January 7, 2011 and has continuously represented Ms. Ludwig since that time.

    2. Defendant was indicted on July 21, 2011, and since that time the defense has filed three unopposed motions to continue the trial date, including this motion.

    3. In the two most recent affidavits in support of motions to continue trial, the defense acknowledges that the amount of loss alleged by the government is relatively modest and the volume of discovery for a financial case is relatively modest. ECF Dkts. 30 and 37.

    4. The defense has not shown compelling reasons to support a third continuance of the trial date in this case.

1     NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's third motion to continue the trial date is DENIED. Pretrial conference remains set for April 23, 2012, at 1:30 p.m., and trial will commence on May 1, 2012, at 9:00 a.m.

    Dated this 12th day of April, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge